IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY F. DUNLAP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. O. RANDOW,<br><br>　　　　Defendant. | No. C 05-0665 JSW (PR)<br><br>**SCHEDULING ORDER** |

　　　　Plaintiff, a former state prisoner at Pelican Bay State Prison in Crescent City, California, filed this civil rights complaint. On May 31, 2006, the Court ordered service of the amended complaint on Defendant and ordered that Defendant file a dispositive motion within sixty days of the Court's order (docket no. 11). On July 21, 2006, Defendant requested an extension of time to file a dispositive motion until September 28, 2006, which was granted (docket no. 16). On August 18, 2006, Defendant filed a notice of substitution of counsel and on September 26, 2006, a further motion seeking an extension of time to file a dispositive motion. The Court granted the motion and Defendant was provided until December 22, 2006 to file a dispositive motion. Thereafter, on December 13, 2006, Defendant filed a "notice" that no dispositive motion would be filed and that Defendant "reserves his right" to file such a motion on completion of discovery.

　　　　More than one year has passed since Defendant filed his last motion seeking an extension of time and no dispositive motion has been filed in this case. Defendant will be provided with one further opportunity to file a dispositive motion in this matter within sixty days of the date of this order. No further extensions will be considered, except

upon a showing of exceptional circumstances. If Defendant does not wish to file a dispositive motion, the Court will reconsider it's earlier order denying Plaintiff's motion for counsel and the case will be set down for trial.

    IT IS SO ORDERED.

DATED: October 30, 2007

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNLAP,<br><br>        Plaintiff,<br><br>  v.<br><br>RANDOW et al,<br><br>        Defendant.<br>_____/ | Case Number: CV05-00665 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Henry F. Dunlap
238 West Lowell Street
Stockton, CA 95206

Timothy Patrick Murphy
Edrington Schirmer & Murphy
The Terraces
2300 Contra Costa Boulevard
Suite 450
Pleasant Hill, CA 94523

Dated: October 30, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk