IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY F. DUNLAP, | ) | No. C 05-0665 JSW (PR) |
| Plaintiff, | ) | |
| v. | ) | **ORDER REGARDING DEFENDANT'S LETTER TO THE COURT AND INSTRUCTIONS TO THE CLERK** |
| C. O. RANDOW, | ) | |
| Defendant. | ) | |

Plaintiff, a former state prisoner at Pelican Bay State Prison in Crescent City, California, filed this civil rights complaint, alleging Defendant Randow subjected him to inappropriate sexual contact. On October 30, 2007, after more than one year had passed since Defendant filed his last motion in this case seeking an extension, the Court ordered Defendant to file a dispositive motion in this matter within sixty days or the case would be set down for trial. The Court noted that an extension would only be granted upon a showing of exceptional circumstances.

On October 31, 2007, Defendant responded to the Court's order by sending a letter of explanation addressed to the undersigned and attached an earlier letter to Plaintiff regarding discovery. The Court notes that the letter from Defendant's counsel does not constitute a motion seeking relief, and the Court will not consider requests not made in proper motion form. However, the Clerk shall file Defendant's letter.

Moreover, while Defendant's letters to the Court and the attachment to Plaintiff document discovery difficulties, it also reflects that Defendants have failed to take any

action for months after they did not hear back from Plaintiff, although they apparently told Plaintiff in a letter dated June 13, 2007, that they would file a motion to compel if he failed to respond to that letter. It appears they waited until after Plaintiff failed to appear for a deposition on October 2, 2007, although it does not appear there had been any contact by Plaintiff in the intervening months. At that point, Defendant sent Plaintiff a proposed joint letter brief on October 24, 2007, which was apparently intended to be filed in support of a discovery motion.

It appears that Defendant's letters were sent to Plaintiff's prior address, rather than his current state prison address. On June 13, 2007, Plaintiff filed a letter with the Court that documents that he has been returned to prison and apparently remains there. Therefore, it appears that Defendant's counsel has been attempting to reach Plaintiff at the incorrect address. The Court notes that in Plaintiff's most recent communication with the Court received on July 9, 2007, he states that he has not responded to the discovery requests of Defendant's counsel, as they have failed to send him the papers that they claim to have sent him.

It is unknown by the Court whether Plaintiff served his letters to the Court which include the change of address on Defendant. In the order of service, the Court ordered Plaintiff to serve all communications with the Court on Defendant or Defendant's counsel. Therefore, Plaintiff is reminded that all communications with the Court must be served on Defendants, or Defendants' counsel, by mailing a true copy of the document to Defendants or Defendants' counsel. The Clerk is directed to send Defendant's counsel a copy of the documents received by the Court from Plaintiff on June 13, 2007 and July 9, 2007.

Given that Plaintiff is currently incarcerated, the Court expects Defendant to promptly complete outstanding discovery and/or depositions and comply with the Court's scheduling order. Any requests for relief made to the Court must be raised as a

2

1 motion, not in letter or notice form.

2       IT IS SO ORDERED.

3 DATED: November 14, 2007

                                    JEFFREY S. WHITE
                                    United States District Judge

3

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

DUNLAP,

        Plaintiff,

  v.

RANDOW et al,

        Defendant.
                                    /

Case Number: CV05-00665 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Henry F. Dunlap
P.O. Box 600
V23360
Tracy, CA 95378-0600

Timothy Patrick Murphy
Edrington Schirmer & Murphy
The Terraces
2300 Contra Costa Boulevard
Suite 450
Pleasant Hill, CA 94523

Dated: November 14, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk