UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY F. DUNLAP | No. C 05-00665 JSW |
|        Plaintiff, | |
|      v. | **NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE** |
| RALPH RANDOW | |
|        Defendants.         / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for July 10, 2008 at 1:00 p.m., 450 Golden Gate Avenue, 15th Floor, Courtroom B, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference. Parties with the person or persons having full authority to negotiate and to settle the case shall be present or be available on telephone standby.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the Settlement Conference

SO ORDERED.

Dated: July 2, 2008

_____
NANDOR J. VADAS
United States Magistrate Judge

SC-further

|   |   |
|---|---|
| | NORTHERN DISTRICT OF CALIFORNIA |
| DUNLAP | No. C 05-00665 JSW |
| v. | CERTIFICATE OF SERVICE |
| RANDOW | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid Fed Ex envelope addressed to the person(s) listed below, by depositing said envelope with Fed Ex delivery driver; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Henry F. Dunlap
238 West Lowell Street
Stockton, CA 95206

RICHARD W. WIEKING, CLERK

By: /s/_____
    Deputy Clerk

SC-further                        2