IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY F. DUNLAP,  <br>  Plaintiff,  <br>vs.  <br>RALPH RANDOW ,  <br>  Defendant. | No. C 05-0665 JSW  <br>  <br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for September 23, 2008 at 1:30 p.m., Courtroom E, 450 Golden Gate Avenue, San Francisco, CA 94102.

Lead counsel who will try the case shall appear at the Settlement Conference. Parties with the person or persons having full authority to negotiate and to settle the case shall be present or be available on telephone standby.

The parties shall notify this Chambers immediately at (707) 445-3612 if this case settles prior to the date scheduled for settlement conference.

SO ORDERED.

Dated: 8/26/08

NANDOR J. VADAS  
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNLAP | No. C 05-0665 JSW |
| v. | CERTIFICATE OF SERVICE |
| RANDOW | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Henry F. Dunlap** BY FEDEX
P.O. Box 600
V23360
Tracy, CA 95378-0600

Henry F. Dunlap
238 W Lowell Street
Stockton, CA 95206

                              RICHARD W. WIEKING, CLERK

                              By:/s/_____
                                    Deputy Clerk