IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY F. DUNLAP,

    Plaintiff,

v

RALPH RANDOW,

    Defendants.

Case No C 05-0655 JSW

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on <u>September 23, 2008</u>. The results of that proceeding are indicated below:

(1)   The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☐ Office of the California Attorney General

    ☒ Other: Delores Donahoe for Defendant Randow

1 (2) The following individuals, parties, and/or representatives did not appear:

2 (3) The outcome of the proceeding was:

3 ☐ The case has been completely settled.

4 ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7 ☐ The parties agree to an additional follow up settlement on

8 _____.

9 ☒ The parties are unable to reach an agreement at this time.

10

Date: Sept. 24, 2008            _____

11                                                   Nandor J Vadas
                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUNLAP

v.

RANDOW
_____/

No. C 05-0665 JSW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/24/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Henry F. Dunlap**
P.O. Box 600
V23360
Tracy, CA 95378-0600

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3