TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
DOLORES M. DONOHOE, ESQ. (Bar No. 111464)
EDRINGTON, SCHIRMER & MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

[G.C. 6103]

FILED

MAY 0 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Defendant C.O. RANDOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

HENRY F. DUNLAP,

    Plaintiff,

v.

C.O. RANDOW,

    Defendants.

Case No. C 05-00665 JSW (PR)

[PROPOSED] ORDER GRANTING EXTENSION TO FILE DISMISSAL

(Docket No. 49)

Upon review of Defendant's Supplemental Notice of Settlement, an additional 90 days up to and including April 29, 2009, is granted for filing of the Dismissal in this matter.

IT IS SO ORDERED.

DATED: MAY 0 7 2009

_____
JUDGE JEFFREY S. WHITE

[PROPOSED] ORDER GRANTING EXTENSION TO FILE DISMISSAL

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DUNLAP,

    Plaintiff,

v.

RANDOW et al,

    Defendant.
_____/

Case Number: CV05-00665 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dolores M. Donohoe
Timothy Patrick Murphy
Edrington, Schirmer & Murphy
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523

Henry F. Dunlap
P.O. Box 600
V23360
Tracy, CA 95378-0600

Dated: May 7, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk