IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY F. DUNLAP, | ) | No. C 05-665 JSW (PR) |
| Plaintiff, | ) | ORDER OF CONDITIONAL DISMISSAL |
| vs. | ) | |
| C.O. RANDOW, | ) | |
| Defendant. | ) | |

The parties hereto, by counsel, have advised the Court that they have agreed to a settlement of this action.

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 120 days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order and Judgment shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

DATED: May 26, 2009

JEFFREY S. WHITE
United States District Judge

1

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

DUNLAP,

        Plaintiff,

  v.

RANDOW et al,

        Defendant.

Case Number: CV05-00665 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Henry F. Dunlap
P.O. Box 600
V23360
Tracy, CA 95378-0600

Dated: May 26, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk